# Court of Appeals
# of the State of Georgia

ATLANTA,   December 30, 2014

*The Court of Appeals hereby passes the following order:*

## A15D0184.  FRANK DONALD HARDIN, JR. v. MICHELLE BERTHELOT HARDIN.

Frank Donald Hardin, Jr. filed a petition to modify his child support obligations arising from a divorce decree and incorporated settlement agreement. The trial court granted Michelle Berthelot Hardin's motion for summary judgment, and Frank Hardin now seeks discretionary review in this Court.

The Supreme Court of Georgia has appellate jurisdiction over "[a]ll divorce and alimony cases." Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6). In Georgia, child support is a form of alimony. *Smith v. Smith*, 254 Ga. 450, 451 (1) (330 SE2d 706) (1985). Consequently, the Supreme Court has jurisdiction over actions seeking to modify child support obligations established in a prior divorce decree. *Parker v. Parker*, 293 Ga. 300, 301 (745 SE2d 605) (2013). This application is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*      12/30/2014
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*